*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

03/22/2018

FILED
District of Columbia
Court of Appeals

*Julio Castillo*
Clerk of Court

### DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 18-BS-3**

IN RE HAROLD E. BRAZIL

**2016 DDN 136 et al.**

A Disbarred Member of the Bar of the
District of Columbia Court of Appeals

Bar Registration No.   190124

BEFORE:  Glickman and Thompson, Associate Judges, and Steadman, Senior
Judge.

### O R D E R
(FILED – March 22, 2018)

On further consideration of this court's January 18, 2018, order that disbarred respondent by consent, effective January 22, 2018, respondent's motion to withdraw his consent to disbarment, the opposition of Disciplinary Counsel and reply thereto, and the motion of Disciplinary Counsel to file attachments 14 and 16 to his opposition under seal, it is

ORDERED the motion of Disciplinary Counsel to file attachments 14 and 16 under seal is granted and the Clerk shall seal these attachments.  It is

FURTHER ORDERED that respondent's motion to withdraw his consent to disbarment is denied.

**PER CURIAM**